# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00037-CV

**Buteaux Concrete, L.L.C., and Brandon Buteaux, Appellants**

**v.**

**Consolidated Reinforcement, L.P., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-13-000244, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants Buteaux Concrete, L.L.C. and Brandon Buteaux have informed this Court that they no longer wish to pursue this appeal and have filed a motion to dismiss it. Appellants' counsel states that he has conferred with counsel for appellee Consolidated Reinforcement, L.P., which does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellants' Motion

Filed:   March 6, 2015